**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 99-7027

_____

NORMAN LEE GROOMS,

                                    Petitioner - Appellant,

        versus

BRIAN BLEDSOE, Warden, Bureau of Prisons,

                                    Respondent - Appellee.

_____

Appeal from the United States District Court for the Northern District of West Virginia, at Clarksburg.  Irene M. Keeley, District Judge.  (CA-99-135-1)

_____

Submitted:  December 22, 1999        Decided:  January 20, 2000

_____

Before LUTTIG, MICHAEL, and MOTZ, Circuit Judges.

_____

Affirmed by unpublished per curiam opinion.

_____

Norman Lee Grooms, Appellant Pro Se.

_____

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Norman Grooms appeals the district court's order denying relief on his 28 U.S.C. § 2241 (1994) petition. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. <u>See</u> <u>Grooms v. Bledsoe</u>, No. CA-99-135-1 (N.D.W. Va. July 21, 1999). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>